**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Gregory R Pavlik | Social Security number or ITIN  xxx–xx–4131 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | Michele M Pavlik | Social Security number or ITIN  xxx–xx–1637 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–19688–SLM | |

## Order of Discharge                                                                                                   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Gregory R Pavlik                    Michele M Pavlik
                                                 aka Michele M Pavlik

6/13/25                                         **By the court:** Stacey L. Meisel
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Gregory R Pavlik  
Michele M Pavlik  
    Debtors

Case No. 19-19688-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 4  
Date Rcvd: Jun 13, 2025     Form ID: 3180W     Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory R Pavlik, Michele M Pavlik, 307 Fairview Ave., Fairview, NJ 07022-2103 |
| 518241483 | | Account Resolution Services, 1643 Nw 136 Ave Bld H St, Sunrise, FL 33323 |
| 518241498 | | Ditech, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 518241502 | + | Hackensack UMG, c/o AR Strat, LLC, 9800 Centre Parkway, Suite 1100, Houston, TX 77036-8263 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2025 21:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 13 2025 21:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 13 2025 21:31:00 | FEDERAL HOME LOAN MORTGAGE CORPORATION, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Jun 13 2025 21:32:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830 |
| cr | | Email/Text: mtgbk@shellpointmtg.com | Jun 13 2025 21:31:00 | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, P.O. Box 10826, Greenville, Sc 29603-0826 |
| cr | + | EDI: PRA.COM | Jun 14 2025 01:09:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518241478 | | Email/Text: ebn@21stmortgage.com | Jun 13 2025 21:33:00 | 21st Mortgage Corp, Attn: Legal, Po Box 477, Knoxville, TN 37901 |
| 518241479 | | Email/Text: ebn@21stmortgage.com | Jun 13 2025 21:33:00 | 21st Mortgage Corp, 620 Market St Ste 100, Knoxville, TN 37902 |
| 518241481 | + | EDI: AAFES | Jun 14 2025 01:09:00 | AAFES, 3911 Walton Walker, Dallas, TX 75236-1598 |
| 518241480 | + | EDI: AAFES | Jun 14 2025 01:09:00 | AAFES, Attention: Bankruptcy, Po Box 650060, Dallas, TX 75265-0060 |
| 518241484 | + | Email/Text: documents@apellesnow.com | Jun 13 2025 21:34:00 | ADT Security Services, c/o Apelles, 3700 Corporate Dr., Suite 240, Columbus, OH 43231-5001 |
| 518241482 | ^ | MEBN | | |

Case 19-19688-SLM    Doc 100    Filed 06/15/25    Entered 06/16/25 00:20:36    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: 3180W | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 13 2025 21:24:00 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 518241486 | + | EDI: BANKAMER | Jun 14 2025 01:09:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518241485 | + | EDI: BANKAMER | Jun 14 2025 01:09:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518332174 | + | EDI: BANKAMER2 | Jun 14 2025 01:09:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518241487 | | Email/Text: cfcbackoffice@contfinco.com | Jun 13 2025 21:32:00 | Build Card, csc Correspondence, PO Box 3220, Buffalo, NY 14240 |
| 518241489 | + | EDI: CAPITALONE.COM | Jun 14 2025 01:09:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518241490 | + | EDI: CAPITALONE.COM | Jun 14 2025 01:09:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518334262 | + | EDI: AIS.COM | Jun 14 2025 01:09:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518241491 | + | EDI: LCITDAUTO | Jun 14 2025 01:09:00 | Chrysler Financial/TD Auto Finance, P.o. Box 9223, Farmington Hills, MI 48333-9223 |
| 518241493 | + | Email/Text: dylan.succa@commercialacceptance.net | Jun 13 2025 21:32:00 | Commercial Acceptance Company, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 518241492 | + | Email/Text: dylan.succa@commercialacceptance.net | Jun 13 2025 21:32:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 518241494 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 13 2025 21:35:49 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518241495 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 13 2025 21:48:34 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 518241497 | | EDI: DISCOVER | Jun 14 2025 01:09:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518253151 | | EDI: DISCOVER | Jun 14 2025 01:09:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518241496 | + | EDI: DISCOVER | Jun 14 2025 01:09:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 520493320 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 13 2025 21:34:00 | FEDERAL HOME LOAN MORTGAGE CORPORATION, SELECT PORTFOLIO SERVICING, INC., P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250, FEDERAL HOME LOAN MORTGAGE CORPORATION, SELECT PORTFOLIO SERVICING, INC. 84165-0250 |
| 520493319 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 13 2025 21:34:00 | FEDERAL HOME LOAN MORTGAGE CORPORATION, SELECT PORTFOLIO SERVICING, INC., P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 518241501 | + | EDI: AMINFOFP.COM | Jun 14 2025 01:09:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518241500 | + | EDI: AMINFOFP.COM | Jun 14 2025 01:09:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518241503 | + | Email/Text: Bankruptcies@nragroup.com | Jun 13 2025 21:34:00 | Holy Name Medical Center, c/o National Recovery Agency, 2491 Paxton St., Harrisburg, PA 17111-1036 |
| 518241504 | + | Email/Text: bankruptcy@certifiedcollection.com | Jun 13 2025 21:33:00 | Holy Name Medical Center, c/o Certified Credit & Collection Bureau, P.O. Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518291677 | | EDI: IRS.COM | Jun 14 2025 01:09:00 | IRS, ACS/CDP, P.O. Box 42346, Philadelphia, PA |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: 3180W | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 518241506 | | Email/Text: govtaudits@labcorp.com | | 19101-2346 |
| | | | Jun 13 2025 21:32:00 | LabCorp, c/o LCA Collections, P.O. Box # 2240, Burlington, NC 27216-2240 |
| 518310793 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 13 2025 21:35:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518297063 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jun 13 2025 21:35:54 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518241508 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jun 13 2025 21:35:54 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518241507 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Jun 13 2025 21:50:51 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 519049417 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jun 13 2025 21:31:00 | NEWREZ LLC, RAS CITRON, LLC, 130 CLINTON RD #202, FAIRFIELD, NJ 07004-2927 |
| 518241509 | + | Email/PDF: Bankruptcy_Prod@mohela.com | | |
| | | | Jun 13 2025 21:35:52 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 518241510 | + | Email/PDF: Bankruptcy_Prod@mohela.com | | |
| | | | Jun 13 2025 21:36:10 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 518290362 | + | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | | Jun 13 2025 21:33:00 | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 518358842 | | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Jun 13 2025 21:31:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, S.C. 29603-0826 |
| 518241511 | + | EDI: SYNC | | |
| | | | Jun 14 2025 01:09:00 | PayPal, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 518320130 | + | EDI: JEFFERSONCAP.COM | | |
| | | | Jun 14 2025 01:09:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518315453 | ^ | MEBN | | |
| | | | Jun 13 2025 21:24:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518241513 | + | Email/Text: EDBKNotices@ecmc.org | | |
| | | | Jun 13 2025 21:30:00 | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 518241512 | + | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | | Jun 13 2025 21:33:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 518350410 | + | EDI: AIS.COM | | |
| | | | Jun 14 2025 01:09:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 50

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518241488 | *P++ | CONTINENTAL FINANCE COMPANY, PO BOX 3220, BUFFALO NY 14240-3220, address filed with court:, Build Card, CSC Correspondence, PO Box 3220, Buffalo, NY 14240 |
| 518241499 | * | Ditech, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 518241505 | * | IRS, ACS/CDP, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

Case 19-19688-SLM    Doc 100    Filed 06/15/25    Entered 06/16/25 00:20:36    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: 3180W | Total Noticed: 54 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:

**Name** — **Email Address**

Eamonn O'Hagan
on behalf of Creditor United States Internal Revenue Service eamonn.ohagan@usdoj.gov

Elizabeth K. Holdren
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for New Residential Mortgage LLC eholdren@hillwallack.com hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com;kgardiner@HillWallack.com

Laura M. Egerman
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Marc G. Alster
on behalf of Debtor Gregory R Pavlik malster@alsterlaw.com r59840@notify.bestcase.com

Marc G. Alster
on behalf of Joint Debtor Michele M Pavlik malster@alsterlaw.com r59840@notify.bestcase.com

Marie-Ann Greenberg
magecf@magtrustee.com

Marie-Ann Greenberg
on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com

Nathalie Rodriguez
on behalf of Creditor FEDERAL HOME LOAN MORTGAGE CORPORATION nrodriguez@raslg.com NJbkyecf@flwlaw.com

Richard James Tracy, III
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for New Residential Mortgage LLC richard.tracy.iii@gmail.com tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

Shauna M Deluca
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for New Residential Mortgage LLC sdeluca@hasbanilight.com hllawpc@gmail.com

Sherri R. Dicks
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for New Residential Mortgage LLC sdicks@raslg.com shrdlaw@hotmail.com

Sindi Mncina
on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING smncina@raslg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13